Brian D. Johnson #6754
**BRIAN D. JOHNSON, P.C.**
290 25th St. Suite 208
Ogden, UT 84401
(801) 394-2336
Attorney for Debtor(s).

|  |  |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF UTAH<br>NORTHERN DIVISION ||
| In re:   SEAN BREARTON AND ANGELA BREARTON,<br><br>Debtor(s). | Case No. 12-34441<br><br>Chapter 13<br><br>Judge Joel T. Marker |
| **MOTION TO MODIFY CHAPTER 13 PLAN (PRE-CONFIRMATION)** ||

Debtors, through counsel undersigned, hereby move this Court for an Order modifying their Chapter 13 plan, pre-confirmation. All provisions of the modified plan remain the same as the Chapter 13 Plan dated November 6, 2012 with the exception of the following:

1. Paragraph 1 the plan payment is raised to $539 for all months following the first payment.

Wherefore, debtors request an Order modifying their Chapter 13 Plan (Pre-Confirmation).

DATED this 28th day of November, 2012.

/s/ Brian D. Johnson
Brian D. Johnson,
Attorney for Debtors.

CERTIFICATE OF SERVICE

I hereby certify that I served the following parties by the methods indicated below this 31st day of December, 2012.

Kevin R Anderson, Chapter 13 Trustee VIA ECF

US Trustee VIA ECF

/s/ Brian D. Johnson
Brian D. Johnson