Brian D. Johnson #6754
**BRIAN D. JOHNSON, P.C.**
290 25th St. Suite 208
Ogden, UT 84401
(801) 394-2336
Attorney for Debtor(s).

|  |  |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF UTAH<br>CENTRAL DIVISION | |
| In re:    SEAN M. BREARTON AND<br>ANGELA R. BREARTON,<br><br>Debtor(s). | Case No. 12-34441<br><br>Chapter 13<br><br>Judge Joel T. Marker |
| **MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN** | |

Debtors, through counsel undersigned, hereby move this Court for an Order modifying their Chapter 13 plan. Debtors allege as follows:

1. Debtors filed an objection to the Chapter 13 Trustee's motion to dismiss on October 4, 2013.

2. Sean Brearton lost his employment so the debtors were not able to keep up on plan payments.

3. Sean Brearton has a new part-time job with Marketstar and is seeking unemployment compensation.

4. Due to this material and substantial change in circumstances, the debtors motioned the court to reduce their plan payment to $200.00 per month in the October 4, 2013 Objection to Motion to Dismiss.

5. Debtors' counsel failed to request modification of the equal monthly payments to Mountain America Credit Union on Claim No. 8 for the 2001 Legacy.

6.      The per-monthly payments to Mountain America Credit Union should be lowered to $79.22 per month.

Wherefore, debtors request an Order modifying their plan to provide for payment to Mountain America Credit Union per the terms herein.

DATED this 7th day of November, 2013.          ___/s/Brian D. Johnson_____
                                                                                   Brian D. Johnson,
                                                                                   Attorney for debtors.